1  James R. Hawkins, Esq. SBN 192925
2  Isandra Fernandez, Esq. SBN 220482
   **JAMES HAWKINS APLC**
3  9880 Research Drive, Suite 200
4  Irvine, CA 92618
   TEL:   (949) 387-7200
5  FAX:   (949) 387-6676
6  Attorneys for Plaintiff MANUEL FLORES
   on behalf of himself and all others similarly situated
7

8  **GREENBERG TAURIG, LLP**
   Robert J. Herrington (SBN 234417)
9  herringtonr@gtlaw.com
10 Alex Linhardt (SBN 303669)
   linhardta@gtlaw.com
11 1840 Century Park East, 19th Floor
12 Los Angeles, CA 90067
   Telephone:  (310) 586-7700
13 Facsimile:   (310) 586-7800
14 Attorneys for Defendant WALMART INC.

15

16                    **UNITED STATES DISTRICT COURT**

17                    **CENTRAL DISTRICT OF CALIFORNIA**
18

19
   | MANUEL FLORES, on behalf of himself and all others similarly situated, | CASE NO. 5:21-cv-00181 TJH (RAOx). |
   |---|---|
   | Plaintiff, | Honorable Terry J. Hatter Jr. |
   | v. | **(~~PROPOSED~~) ORDER GRANTING STIPULATION REGARDING PROTECTIVE ORDER** |
   | WALMART, INC., a Delaware corporation, and DOES 1 through 50, inclusive | (Filed concurrently with Stipulation) |
   | Defendants. | State Action Filed:  October 20, 2020<br>Action Removed:    February 1, 2021 |

1

# [~~PROPOSED~~] ORDER

Upon presentation of the parties' jointly submitted Stipulation Regarding Protective Order, IT IS HEREBY ORDERED THAT:

The Stipulation Regarding Protective Order is approved and entered by the Court.

**IT IS SO ORDERED.**

DATED: June 14, 2022

_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge

---

2

(PROPOSED) ORDER GRANTING STIPULATION REGARDING PROTECTIVE ORDER