James R. Hawkins, Esq. SBN 192925
Isandra Fernandez, Esq. SBN 220482
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL:    (949) 387-7200
FAX:   (949) 387-6676
Attorneys for Plaintiff Manuel Flores
on behalf of himself and all others similarly situated

GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 234417)
herringtonr@gtlaw.com
Alex Linhardt (SBN 303669)
linhardta@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone:   (310) 586-7700
Facsimile:    (310) 586-7800
Attorneys for Defendant Walmart Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FLORES on behalf of himself and all others similarly situated<br><br>       Plaintiff,<br><br>vs.<br><br>WALMART, INC. a Delaware corporation, a California corporation and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.  5:21-cv-00181-TJH (RAOx)<br>Judge: Hon. Terry J. Hatter, Jr.<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT [35]  [JS-6]**<br><br>[Filed concurrently with Stipulation] |

- 1 -

ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT

The Court, having considered the Stipulation to Remand Action to State Court, jointly filed by Plaintiff Manuel Flores and Defendant Walmart, Inc., hereby orders that:

1. This case shall be remanded to the Superior Court of the State of California for the County of San Bernardino ("San Bernardino Superior Court") with each party to bear its own fees and costs; and

2. The Clerk of the Court shall mail a certified copy of the Court's remand order to the clerk of San Bernardino Superior Court.

**IT IS SO ORDERED.**

Dated:  NOVEMBER 1, 2022          By: _____

Honorable Terry J. Hatter, Jr.
United States District Judge

- 2 -